UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| DANIEL McFADDEN, | ) | Civil Action No.: 2:13-cv-3039-DCN-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| STAHL CRANE SYSTEMS, INC., | ) | |
| KONECRANES PLC, and KCI | ) | |
| HOLDINGS USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

During a hearing on October 14, 2015, the parties agreed in principle to a Rule 30(b)(6) deposition of Konecranes, Inc. Subsequently, however, they were unable to agree upon the scope of the Rule 30(b)(6) deposition. During an informal telephone conference on December 1, 2015, the parties came to an agreement and drafted a Rule 30(b)(6) deposition notice suitable to all parties, a copy of which is attached to this order. The parties are hereby directed to complete this deposition in accordance with the notice attached hereto no later than December 23, 2015.

**IT IS SO ORDERED.**

                                                                   s/Thomas E. Rogers, III
                                                                   Thomas E. Rogers, III
                                                                   United States Magistrate Judge

December 1, 2015
Florence, South Carolina